JAP:HLJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA·

     - against -

JONATHAN MORA,

              Defendant.

- - - - - - - - - - - - - - - - -X

S U P P L E M E N T A L
A F F I D A V I T

(21 U.S.C. §§ 952(a)
 and 960)

10-M-1073

EASTERN DISTRICT OF NEW YORK, SS:

       DONALD FARRIER, being duly sworn, deposes and states
that he is a Special Agent with United States Immigration and
Customs Enforcement ("ICE"), duly appointed according to law and
acting as such.  This affidavit is submitted to supplement the
complaint filed in this matter on September 16, 2010.

       Commencing on or about September 15, 2010, the
defendant JONATHAN MORA passed a total of 70 pellets with a total
gross weight of approximately 1163.4 grams of heroin.

WHEREFORE, your deponent respectfully requests that the defendant JONATHAN MORA be dealt with according to law.

DONALD FARRIER
Special Agent
Immigration and Customs
Enforcement

Sworn to before me this
22th day of September, 2010

THE HON. USTEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

2